Kasryel H. Sarasohn, Respondent, v. Workingmen's Publishing Association and Others, Appellants.—Judgment affirmed, with costs, on the opinion of the court below, with leave to defendant to withdraw demurrer and answer over on payment of costs in this court and in the court below. Present — Van Brunt, P. J., O'Brien, Ingraham, McLaughlin and Hatch, JJ. The following is the opinion of the court below:

BEEKMAN, J.: The libel in this case is disgusting and offensive in the extreme, and the rule which requires the justification to be as broad as the charge should be unhesitatingly applied to the matter set up by way of justification in the defense demurred to. I am of the opinion that the defense is insufficient upon its face, and that the demurrer thereto should be sustained. Demurrer sustained, with costs, with the usual leave to defendant to amend on payment of costs.

The People of the State of New York ex rel. John O. Henderson, Relator, v. Bernard J. York and Others, Police Commissioners, etc., Respondents.— Writ dismissed and proceedings affirmed, with costs. No opinion.

Patrick Turley and Another, Respondents, v. The New York Elevated Railroad Company and Another, Appellants. — Judgment affirmed, with costs. No opinion.

Maurice S. Wormser, Respondent, v. Frederick W. Hermann — Graeff and Others, Appellants. — Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Application of John P. Kane Company for Leave to Sue the American Bonding and Trust Company of Baltimore City, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion.

W. A. Bingham & Company, Respondent, v. Edwin M. Harrison, Sued as Mortimer E. Harrison, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Pauline Rosenmeyer, Respondent, v. Jacob H. Greenbaum, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Bernard Schmalacker, Appellant, v. George W. Muller and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Cornelius S. Loder, Respondent, v. Charles N. Haskell, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

William C. Greene and Others, Appellants, v. John H. Costello, Respondent, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Michael H. Haffey, Appellant, v. Sarah Lynch, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

James F. Mack, Respondent, v. Charles C. Miller, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

George B. McLellan, Appellant, v. Nat C. Goodwin, Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion.

Irving T. Bush, Respondent, v. Bird S. Coler, as Comptroller of the City of New York, and Others, Defendants, and Franklin Bien, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York ex rel. Joseph G. Halliday, Relator, v. Francis J. Lantry, Commissioner of Correction of the City of New York, Respondent.—Writ dismissed and proceedings affirmed, with costs. No opinion.

Mary Quigley, as Administratrix, v. William M. Levering and Another.— Motion denied, with ten dollars costs.

Frank B. Hawkins and Another v. Patrick K. Lantry, Impleaded.— Motion granted, with ten dollars costs.

In the Matter of the Estate of Louis J. Jordan, Deceased.— Motion denied, with ten dollars costs.

The People of the State of New York ex rel. Charles G. Carroll, Relator, v. Theodore Roosevelt and Others, Police Commissioners, etc., Respondents.—Writ dismissed and proceedings affirmed, with costs. No opinion.

John Berringer, Appellant, v. New York Steam Company, Respondent.—Judgment and order affirmed, with costs. No opinion.

Thomas McLinsky, Appellant, v. United Dressed Beef Company, Respondent.—Judgment and order affirmed, with costs. No opinion.

The Domestic and Foreign Missionary Society of the P. E. Church, Respondent, v. Thomas S. Goodwin and Others, Defendants, and William H. Johns, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Charles E. Valentine, Respondent, v. Benjamin Robinson, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Fannie M. Weston, as Administratrix, etc., of Theodore D. Weston, Deceased, Appellant, v. John Townshend, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Otto F. Von Arnim, Respondent, v. Harrison B. Moore, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

William T. Gilbert, as Receiver of Commercial Alliance Life Insurance Company, Appellant, v. Edward L. Finch and Others, Respondents.— Order modified by allowing the plaintiff to discontinue, without costs, within twenty days after the service of the amended answer, if so advised, and as modified affirmed, without costs of appeal. No opinion.

William F. Buckley, Appellant, v. David H. Goodrich, Respondent.—Order affirmed, with ten dollars costs and disbursements. No opinion.

The Jones Construction Company and Others, Respondents, v. John Healey, Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Arend H. Von Seggern and Another v. Schmalz Cigar Machine Company et al.— Motion granted, with ten dollars costs.

Richard S. Herbert v. The Mayor, etc.— Motion granted, with ten dollars costs.

Herman Kountze et al. v. Ola Harisson et al.— Motion granted, with ten dollars costs. Memorandum per Curiam.

James N. Veazey v. Henry Allen and Another. — Motion denied.

In the Matter of the Department of Public Parks. (In re Wilson.) — Motion to confirm report granted.

In the Matter of John Feehan, Deceased — Upon payment of twenty-five dollars costs motion for rehearing granted, and leave given to file and serve papers within a time to be limited in the order: Memorandum per Curiam.

Amelia Gorman v. Daniel E. Finn et al.— Motion denied.

Mercantile Safe Deposit Company v. Charles L. Dimon et al. — Motion denied.

Thomas J. O'Sullivan v. Michael Devlin.— Motion denied.

Socialistic Co-operative Publishing Association v. Henry Kuhn et al.— Motion for leave to go to the Court of Appeals granted.